# United States District Court

MIDDLE DISTRICT OF ALABAMA, NORHERN DIVISION

**SUMMONS IN A CIVIL CASE**

CEDRIC GRANT,
Plaintiff,

V.                                       CASE NUMBER: 2:06cv318-DRB

HOSPITAL HOUSEKEEPING SYSTEMS (HHS),     JURY DEMAND REQUESTED
Defendant.

TO:     HOSPITAL HOUSEKEEPING SYSTEMS (HHS)
        322 Congress Avenue
        Austin, TX 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Karen Sampson Rodgers, Esq.
McPhillips, Shinbaum, L.L.P.
516 South Perry Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                    4/12/06
_____      _____
CLERK                                 DATE

_V. Austin_
_____
(BY) DEPUTY CLERK