**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hospital Housekeeping Systems
322 Congress Avenue
Austin, TX 78701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☑ Agent
               ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
_[illegible]_    4/17/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

06 CV 318
S+C

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 1160 0003 5790 3149

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540