## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 15, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Grant v. Hospital Housekeeping Systems
Civil Action No.  2:06-cv-00318-DRB

The above-styled case has been reassigned to Judge W. Harold Albritton.

Please note that the case number is now 2:06-cv-318 (WHA).  This new case number should be used on all future correspondence and pleadings in this action.