IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL 11  P 4:36

[...] P. HACKETT, C[...]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**CEDRIC GRANT,**

  **Plaintiff**

v.                                                CV# 2:06-CV-00318-DRB

**HOSPITAL HOUSEKEEPING
SYSTEMS (HHS)**

  **Defendant**

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

It is STIPULATED and AGREED by and between the parties in the above-styled action that this action be dismissed with prejudice, with each party to bear his, her or its own costs.

DONE this the 11th day of July, 2006

_____
Karen Sampson Rodgers, SAM018
Attorney for Plaintiff

OF COUNSEL:
McPhillips Shinbaum, LLP
Post Box 64
516 South Perry Street
Montgomery, Alabama 36104
(334)262-1911 phone
(334) 263-2321 facsimile
karensrodgers@email.com

_____
Richard E. Trewhella, Jr. Esq.
Attorney for Defendant

OF COUNSEL:
Richard E. Trewhella, Jr. Esq.
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216
(205) 949-2922

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CEDRIC GRANT,** | \| |
| **Plaintiff** | \| |
| v. | \| CV# 2:06-CV-00318-DRB |
| **HOSPITAL HOUSEKEEPING SYSTEMS (HHS)** | \| |
| **Defendant** | \| |

## ORDER

This cause coming before the Court on the Stipulation for Dismissal With Prejudice filed by all parties in the above-styled cause, and the Court haveing considered same, it is therefore

ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice, each party to bear his, her or its own costs.

DONE this the _____ day of _____, 2006.

_____
CIRCUIT JUDGE