IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC GRANT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv318-WHA ) |
| HOSPITAL HOUSEKEEPING SYSTEMS, | ) ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. #5), filed by the parties on July 11, 2006, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, the parties to bear their own costs.

DONE this 25th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE